NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYLVESTER THOMAS,**
*Petitioner-Appellant,*

v.

**DEBORAH MCCULLOCH, DIRECTOR, SAND RIDGE SECURE TREATMENT CENTER,**
*Respondent-Appellee.*

---

2012-1367

---

Appeal from the United States District Court for the Western District of Wisconsin in case no. 12-CV-0143, Senior Judge Barbara B. Crabb.

---

## ON MOTION

---

## ORDER

The court considers whether this appeal and the motion to proceed in forma pauperis should be transferred to the United States Court of Appeals for the Seventh Circuit.

Petitioner Sylvester Thomas appeals from a decision of the United States District Court for the Western District of Wisconsin dismissing his petition for writ of ha-

beus corpus. This court is a court of limited jurisdiction. 28 U.S.C. § 1295. Based only upon our review, it does not appear that the district court's jurisdiction arose in whole or in part under the laws governing this court's appellate jurisdiction.

Accordingly,

IT IS ORDERED THAT:

Absent a response received by this court within 14 days of the date of filing of this order, this appeal and the pending motion will be transferred to the United States Court of Appeals for Seventh Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

**JUL 13 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Gregory M. Weber, Esq.
     Sylvester Thomas

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 13 2012

JAN HORBALY
CLERK